06-22740.o1

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-22740-CIV-COOKE-BROWN

DENISE DOMBROWSKI,

    Plaintiffs,

vs.

CARNIVAL CORPORATION,
a foreign corporation d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

## ORDER RE: MOTION TO STRIKE DEFENDANT CARNIVAL CORPORATION'S AFFIRMATIVE DEFENSES

**THIS MATTER** is before this Court on Plaintiff's Motion to Strike...Carnival Corporation's Affirmative Defenses, filed November 1, 2007. The Court has considered the motion, the response, the reply, and all pertinent materials in the file.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED**, and defendant shall have ten (10) days from the date of this order to file amended affirmative defenses in accordance with the response to this motion.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of November, 2007.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Marcia G. Cooke
       Counsel of record